UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| MICAH DONALD HEWITT,<br><br>Plaintiff,<br><br>vs.<br><br>NICK LAMB, Secretary of Corrections, Individual & Official Capacity; JOSEPH ROEMMICH, Warden of South Dakota State Penitentiary, Individual & Official Capacity; SHELDON HOFER, Housing Sergeant of East/Federal Hall at South Dakota State Penitentiary, Individual & Official Capacity; DARA ALVAND, DDS, Dentist at South Dakota State Penitentiary, Individual & Official Capacity; MICHELLE EVANS, RDA, Dental assistant at South Dakota State Penitentiary, Individual & Official Capacity; RICK JOHNSTON, Associate Warden of South Dakota State Penitentiary, Official Capacity; DR. AARON HAYNES, MD, Medical Director at South Dakota State Penitentiary, Official Capacity; DESIRAE KUMMER, Medical Charge RN at South Dakota State Penitentiary, Individual & Official Capacity; AMBER PIRGGLIA, Director of South Dakota State Penitentiary, Official Capacity; CIERRA REVOBRIO, Nursing Manager at South Dakota State Penitentiary, Individually & Official Capacity; MELISSA MATURAN, Grievance Coordinator at South Dakota State Penitentiary, Individual & Official Capacity; DR. MICHAEL LEE, Chief Dental Officer at South Dakota State Penitentiary, Individual & Official Capacity,<br><br>Defendants. | 4:26-CV-04087-ECS<br><br>ORDER REQUIRING UPDATE ON PLAINTIFF'S INCARCERATION STATUS |

Plaintiff Micah Hewitt, an inmate at the South Dakota State Penitentiary, filed a pro se Complaint alleging a violation of his civil rights pursuant to 42 U.S.C. § 1983. Doc. 22. Currently pending before the Court are Hewitt's Motions for Preliminary Injunction. Docs. 5, 9. Although the Court has not received notice of a change of address for Hewitt, the South Dakota Offender Locator reflects that his initial parole date was September 22, 2026, and does not list him as housed at the South Dakota State Penitentiary. See Offender Locator, S.D. Dep't of Corr., https://docadultlookup.sd.gov/adult/lookup/ (last visited Oct. 1, 2026). Before this Court enters its ruling on Hewitt's Motions for Preliminary Injunction, this Court finds it prudent to confirm whether Hewitt is still incarcerated at the South Dakota State Penitentiary. See Gladson v. Iowa Dep't of Corr., 551 F.3d 825, 835 (8th Cir. 2009) (citing Pratt v. Corr. Corp. of Am., 267 F. App'x 482, 482 (8th Cir. 2008) (per curiam)) ("inmate's claims for declaratory and injunctive relief are moot when he is transferred . . . and is no longer subject to alleged unlawful conditions"). Thus, on or before October 8, 2026, Defendants shall inform the Court whether Hewitt is still incarcerated at the South Dakota State Penitentiary. Accordingly, it is

ORDERED that on or before **October 8, 2026**, Defendants shall inform the Court of Hewitt's incarceration status.

DATED this 1st day of October, 2026.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE